## 7381. Brandon v. American National Bank.

Broyles, P. J.   Under the facts of this case the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.   Jenkins and Bloodworth, JJ., concur.*

Decided January 23, 1917.

Certiorari; from Fulton superior court—Judge Bell.   March 15, 1916.

*Watt Kelly,* for plaintiff in error.   *M. Herzberg,* contra.